# EXHIBIT LIST

| | |
|---|---|
| Deposition of Ed Mahon | A |
| Deposition of John Sattelmair | B |
| Deposition of Derek Draper | C |
| Deposition of Shawn Hamblin | D |
| Deposition of Miguel Velasquez | E |
| Deposition of Ian Shepherd | F |
| Deposition of Todd Grey | G |
| Deposition of Rob Carpenter | H |
| Deposition of Patricia Arellano | I |
| Deposition of Liza Lopez | J |
| Deposition of Larry Wade | K |
| Deposition of Esther Greene | L |
| Deposition of John Gomez | M |
| Deposition of Keely Hadley | N |
| Deposition of Dave Doddridge | O |
| Deposition of Lupe Castillo | P |
| Deposition of Gary Heward | Q |
| Deposition of John Greiner | R |

Notice of Claim                                    S